a public street while he was under the influence of intoxicating liquor. He pleaded not guilty to such charge, but was found guilty by a jury and his penalty assessed at a fine of $50, from which judgment this appeal is perfected.

Neither statement of facts nor bills of exceptions are brought forward in the record. The proceedings appear to be regular, and the judgment is affirmed.

fluence of intoxicating liquor. He plead not guilty to such charge, but was found guilty by a jury and his penalty assessed at a fine of fifty dollars, from which judgment this appeal is perfected.

Neither statement of facts nor bills of exceptions are brought forward in the record. The proceedings appear to be regular, and the judgment is affirmed.

## HINOJOSA v. STATE.
### No. 24855.

Court of Criminal Appeals of Texas.
May 10, 1950.

Rehearing Denied June 7, 1950.

## AUTRY v. STATE.
### No. 24778.

Court of Criminal Appeals of Texas.
May 24, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged in the County Court at Law of Travis County by complaint and information with the offense of unlawfully operating a motor vehicle upon a public street while he was under the in-

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction of the offense of passing a forged instrument with the intent to injure and defraud. His punishment was assessed at confinement in the penitentiary for a term of two years.